# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Luis Perez-Mendez,<br>a.k.a.: Ulises Delgado Coranado,<br>a.k.a.: Jenaro Sevilla,<br>(A095 802 082)<br>_Defendant_ | Case No. 17-7396MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 15, 2013, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Luis Perez-Mendez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 4, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

_Complainant's signature_

Salvador Delgado II,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: July 24, 2017

_Judge's signature_

City and state: Phoenix, Arizona

Bridget S. Bade,
United States Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Salvador Delgado II, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 15, 2013, Jose Luis Perez-Mendez was encountered by the Mesa Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Perez-Mendez was examined by Immigration Enforcement Agent W. Evans who determined Perez-Mendez to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On July 21, 2017, Perez-Mendez was released from the Arizona Department of Corrections and was transported to the Florence ICE office for further investigation and processing. Perez-Mendez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Luis Perez-Mendez to be a citizen of Mexico and a previously deported criminal alien. Perez-Mendez was removed from the United States to Mexico through Nogales, Arizona, on or about April 4, 2013, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Perez-Mendez in any Department of Homeland Security

1

database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Jose Luis Perez-Mendez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Luis Perez-Mendez was convicted of Sale or Transportation of Narcotic Drugs, a felony offense, on November 5, 2012, in the Superior Court of Arizona, Maricopa County. Perez-Mendez was sentenced to six (6) months' incarceration and three (3) years' probation. Perez-Mendez's criminal history was matched to him by electronic fingerprint comparison.

5. On July 21, 2017, Jose Luis Perez-Mendez was advised of his constitutional rights. Perez-Mendez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Perez-Mendez stated that his true and complete name is Jose Luis Perez-Mendez and that he is a citizen of Mexico. Perez-Mendez stated that he illegally entered the United States at or near "Sonoita," on "April 10, 213," without inspection by an immigration officer. Jose Luis Perez-Mendez further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 15, 2013, Jose Luis Perez-Mendez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

at or near Nogales, Arizona, on or about April 4, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Salvador Delgado II,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 24th day of July, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge